ACCEPTED
04-15-00097-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
11/12/2015 2:14:23 PM
KEITH HOTTLE
CLERK

## NO. 04-15-00097-CV

**IN THE COURT OF APPEALS
FOR THE FOURTH JUDICIAL DISTRICT OF TEXAS
AT SAN ANTONIO**

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
11/12/2015 2:14:23 PM
KEITH E. HOTTLE
Clerk

**BRIAN McENERY,**

*Appellant,*

**v.**

**CITY OF SAN ANTONIO AND CHIEF CHARLES N. HOOD,**

*Appellees.*

ON APPEAL FROM THE 285th JUDICIAL DISTRICT COURT
BEXAR COUNTY, TEXAS
TRIAL COURT NO. 2011-CI-06603
THE HONORABLE JUDGE CATHLEEN STRYKER PRESIDING

### UNOPPOSED MOTION TO EXTEND TIME TO FILE APPELLANT'S REPLY BRIEF

TO THE HONORABLE JUSTICES OF THE COURT:

Under Texas Rules of Appellate Procedure 10.5(b)(1) and 38.6(d), Appellant

Brian McEnery, referred to as Appellant, respectfully moves the Court to extend the

time for filing Appellant's Reply Brief. As good cause, Appellant respectfully shows

the Court the following:

1.     Appellees filed the Brief of Appellees on October 30, 2015.

2.	Under Texas Rule of Appellate Procedure 38.6(c), Appellant's Reply Brief is currently due on November 19, 2015.

3.	Appellant requests that the Court extend the time to file Appellant's Reply Brief twenty (20) days. A twenty (20) day extension would make Appellant's Reply Brief due on December 9, 2015.

4.	In support of the requested extension, Appellant would show that counsel for Appellant, Ronald B. Prince and Floyd Steven Contreras, have commitments during the initial briefing period that require their time and attention and interfere with preparation of Appellant's Reply Brief by the current deadline.

These commitments include the following:

Extensive research and preparation for hearing concerning a request for abatement in Cause No. 2014-CI-03985, *Irene Baldridge and Kathy Hill v. Art Reyna,* pending in the 285th Judicial District Court in Bexar County, Texas, with the hearing set for November 13, 2015, before the 57th Civil District Court, the Honorable Judge Antonia Arteaga presiding; and

Extensive preparation for trial as new trial counsel in Cause No. 2014-CI-03115, *In the Matter of the Marriage of Eric. C. Mena and Marissa Ortiz Mena and In the Interest of Miguel Carlos Mena, Ileana Isabel Mena, and Alejandro Andres Mena, Children,* pending in the 285th Judicial District Court in Bexar County, Texas, with the trial set to continue on November 17, 2015, and November 18, 2015, and

expected to continue beyond those days, before the 131st Civil District Court, the Honorable Judge John Gabriel presiding.

5. This is Appellant's first request for an extension of time to file Appellant's Reply Brief. Appellant seeks this extension not solely for delay, but so that justice may be done.

6. As reflected in the Certificate of Conference below, counsel for Appellees indicated that she is unopposed to this motion, and counsel for Intervenor indicated that he is unopposed to this motion.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Appellant Brian McEnery respectfully requests that the Court grant a twenty (20) day extension of time to file Appellant's Reply Brief, extending the time to file Appellant's Reply Brief until December 9, 2015.

Appellant further prays for such other relief to which he may be entitled.

Respectfully submitted,

PRINCE CONTRERAS PLLC
417 San Pedro Avenue
San Antonio, Texas 78212
Tel: (210) 227-7821
Fax: (210) 225-4469
info@princecontreras.com
ATTORNEYS FOR BRIAN McENERY

 _/s/ Floyd Steven Contreras_____
RONALD B. PRINCE
State Bar No. 16329300
ron@princecontreras.com
FLOYD STEVEN CONTRERAS
State Bar No. 24075339
floyd@princecontreras.com


## CERTIFICATE OF CONFERENCE

I certify that I conferred with Jacqueline M. Stroh, counsel for Appellees, via telephone on November 12, 2015, regarding Appellant's Motion to Extend Time to File Appellant's Reply Brief. Ms. Stroh indicated that she is not opposed to our request to extend time.

I also certify that I conferred with Ricky J. Poole, counsel for Intervenor, via email on November 11, 2015, regarding Appellant's Motion to Extend Time to File Appellant's Reply Brief. Mr. Poole indicated that he is not opposed to our request to extend time.

 _/s/ Floyd Steven Contreras_____
RONALD B. PRINCE
FLOYD STEVEN CONTRERAS

## CERTIFICATE OF SERVICE

I certify that on the 12th day of November, 2015, a true and correct copy of the foregoing Appellant's Motion to Extend Time to File Appellant's Reply Brief was served on the following counsel of record electronically through the electronic filing manager:

Ms. Jacqueline M. Stroh
THE LAW OFFICE OF JACQUELINE M. STROH, P.C.
10101 Reunion Place, Suite 600
San Antonio, Texas 78216
Tel: (210) 477-7416
Fax: (210) 477-7466
jackie@strohappellate.com                    *Attorney for Appellees*

Ms. Deborah Lynne Klein
OFFICE OF THE CITY ATTORNEY, LITIGATION DIVISION
111 Soledad, 10th Floor
San Antonio, Texas 78205
Tel: (210) 207-8919
Fax: (210) 207-4357
deborah.klein@sanantonio.gov                 *Attorney for Appellees*

Mr. Mark Kosanovich
FITPATRICK & KOSANOVICH, P.C.
P.O. Box 831121
San Antonio, Texas 78283-1121
Tel: (210) 207-7259
Fax: (210) 207-8997
mark.kosanovich@sanantonio.gov               *Attorney for Appellees*

Mr. Ricky J. Poole
LAW OFFICES OF RICKY J. POOLE
The Forum Building
8000 IH-10 West, Suite 600
San Antonio, Texas 78230
Tel: (210) 525-7988
Fax: (210) 525-7987
rpoole@alamocityattorney.com                 *Attorney for Intervenor*


                              _/s/ Floyd Steven Contreras_____
                              RONALD B. PRINCE
                              FLOYD STEVEN CONTRERAS